Stephen M. Dichter, 9792
sdichter@cdslawfirm.com
Nathan R. Andrews, 16674
nandrews@cdslawfirm.com
**CHRISTIAN, JOHNSON,**
**SLUGA & MUSHMECHE, LLC**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
sdichter@cdslawfirm.com
nandrews@cdslawfirm.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Snap-O-Razzo Hot Dogs, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TOTP Weho, LLC, a California Limited Liability Company and BA2, LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. 2:26-cv-01203-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO SET DATES FOR RESPONSES AND REPLIES TO MOTIONS TO DISMISS; IF FILED**<br><br>**(FIRST REQUEST)** |

Defendants and Plaintiff (collectively, the "Parties"), through their respective undersigned counsel, hereby respectfully stipulate as follows. Defendants were served with summonses and the complaint in this matter on April 30, 2026, making their responsive pleading deadline May 21, 2026 pursuant to FRCP 12(a). The Parties request that this Court extend all Defendants' deadlines to respond to Plaintiff's Complaint from May 21, 2026 to June 1, 2026, as Defendants' counsel was only recently retained.

Defendants have not yet decided whether they will file motions to dismiss some or all of Plaintiff's Claims but, if they do, the response date will fall in the midst of Plaintiff's counsel's long-standing, June 2026 vacation plans and, for that reason, the Parties jointly request that, in the

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

event Defendants file a Motion to Dismiss, Plaintiff's Response Date should be set for June 29, 2026, and Defendants' Reply date should be set for July 17, 2026.

This is the first stipulation for an extension of time to respond to Plaintiff's Complaint and to set a response and reply time for (potential) Motion(s) to Dismiss. This stipulation is made in good faith and not in an effort to delay the proceedings.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

All parties appearing in this action are represented in this stipulation.

DATED: May 14, 2026.

Respectfully submitted,

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE, LLC

By: /s/ Stephen M. Dichter
Stephen M. Dichter
Nevada Bar No. 9792
Nathan R. Andrews
Nevada Bar No. 16674
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
sdichter@cdslawfirm.com
nandrews@cdslawfirm.com

Attorneys for Defendants

WILEY PETERSEN

By: /s/ Jonathan D. Blum (w/permission)
Jonathan D. Blum
Nevada Bar No. 9515
10000 W. Charleston Blvd., Ste. 230
Las Vegas, NV 89135
Telephone: (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

Attorneys for Plaintiff

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED:  May 15, 2026