JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
**WILEY PETERSEN**
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

*Attorneys for Plaintiff/Counterclaimaint/*
*Third-Party Defendant Snap O Razzo*
*Hot Dogs, LLC and Third-Party Defendant*
*Ralph Perrazzo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SNAP-O-RAZZO HOT DOGS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>TOTP WEHO, LLC, a California Limited Liability Company and BA2, LLC, a California Limited Liability Company,<br><br>Defendants.<br><br>―――――――――――――――――<br><br>TOTP WEHO, LLC, a California Limited Liability Company and BA2, LLC, a California Limited Liability Company,<br><br>Counter-Claimant,<br>vs.<br><br>SNAP-O-RAZZO HOT DOGS, LLC, a Nevada Limited Liability Company,<br><br>Counter-Defendant. | CASE NO.: 2:26-cv-01203-JCM-BNW<br><br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF/COUNTER-DEFENDANT SNAP-O-RAZZO HOT DOGS, LLC AND THIRD-PARTY DEFENDANT RALPH PERRAZZO'S TIME TO RESPOND TO DEFENDANTS/COUNTER-CLAIMANTS/ THIRD-PARTY PLAINTIFFS TOTP WEHO, LLC AND BA2, LLC'S COUNTERCLAIM AND THIRD-PARTY COMPLAINT** |

1

TOTP WEHO, LLC, a California Limited Liability Company and BA2, LLC, a California Limited Liability Company,

Third-Party Plaintiffs,

vs.

SNAP-O-RAZZO HOT DOGS, LLC, a Nevada Limited Liability Company,

Third-Party Defendant.

Plaintiff/Counter-Defendant Snap-O-Razzo Hot Dogs, LLC ("SORHD" or "Snap-O-Razzo") and Third-Party Defendant Ralph Perrazzo ("Mr. Perrazzo") (collectively, the "Snap Parties") and Defendants/Counter-Claimants/ Third-Party Plaintiffs TOTP WEHO, LLC ("TOTP") and BA2, LLC's ("BA2") (or collectively, "Defendants") by and through their undersigned counsel of record, hereby submit this Stipulated Request to Extend SORHD and Mr. Perrazzo's deadline to respond to Defendants' counterclaim and third party claim.

WHEREAS, on April 20, 2026, SORHD filed its Complaint.

WHEREAS, on April 30, 2026, SORHD served the Summons and Complaint on Defendants, making Defendants' deadline to file a responsive pleading May 21, 2026.

WHEREAS, on May 14, 2026, the Parties filed a *Stipulation to Extend Time to Respond to Plaintiff's Complaint and to Set Dates for Responses and Replies to Motions to Dismiss; If Filed,* extending Defendants' response deadline to June 1, 2026. ECF No. 9.

WHEREAS, on May 28, 2026, Defendants filed *Defendants' Answer to Plaintiff's Complaint; Counterclaim and Third-Party Complaint,* making the SORHD's deadline to file a responsive pleading June 18, 2026.

WHEREAS, in conjunction with the Defendants' stipulated extension to respond to the Complaint, as well as Plaintiff's counsel's international travel plans, the Parties agree to an extension of time for SORHD to respond to the counterclaim.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the deadline for SORHD to respond to the counterclaim shall be extended to June 29, 2026.

\ \ \

2

The Parties further state that this stipulation is submitted for good cause, and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 3 day of June, 2026.

**WILEY PETERSEN**

JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

*Attorneys for Plaintiff/Counterclaimaint/*
*Third-Party Defendant Snap O Razzo*
*Hot Dogs, LLC and Third-Party Defendant*
*Ralph Perrazzo*

DATED this 3rd day of June, 2026.

**CHRISTIAN, JOHNSON,**
**SLUGA & MUSHMECHE, LLC**

*/s/ Stephen M. Dichter*

Stephen M. Dichter, Esq.
Nevada Bar No.9792
Nathan R. Andrews, Esq.
Nevada Bar No. 16674
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
sdichter@cdslawfirm.com
nandrews@cdslawfirm.com

*Attorneys for Defendants/Counter-*
*Defendants/Third-Party Plaintiffs*

## ORDER

Based upon the Parties' Stipulation, the Court finds as follows:

**IT IS HEREBY ORDERED ADJUDGED AND DECREEED** that the Stipulation is hereby GRANTED.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _June 4, 2026_

3