Stephen M. Dichter, 9792
Nathan R. Andrews, 16674
**CHRISTIAN, JOHNSON,**
**SLUGA & MUSHMECHE, LLC**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
sdichter@cdslawfirm.com
nandrews@cdslawfirm.com

Attorneys for Defendants/Counter-Claimants/
Third-Party Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Snap-O-Razzo Hot Dogs, LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> TOTP Weho, LLC, a California Limited Liability Company and BA2, LLC, a California Limited Liability Company, <br><br> Defendants. | Case No. 2:26-cv-01203-JCM-BNW <br><br><br><br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANTS / COUNTERCLAIMANTS / THIRD-PARTY PLAINTIFFS' TOTP WEHO LLC AND BA2, LLC'S TIME TO RESPOND TO SNAP-O-RAZZO HOT DOGS, LLC AND RALPH PERRAZZO'S MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |
| TOTP Weho, LLC, a California Limited Liability Company and BA2, LLC, a California Limited Liability Company, <br><br> Counter-Claimants, <br><br> v. <br><br> Snap-O-Razzo Hot Dogs, LLC, a Nevada Limited Liability Company, <br><br> Counter-Defendant, | |
| TOTP Weho, LLC, a California Limited Liability Company and BA2, LLC, a California Limited Liability Company, <br><br> Third-Party Plaintiffs, | |

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

v.

Ralph Perrazzo,

Third-Party Defendant.

Defendants/Counterclaimants/Third-Party Plaintiffs TOTP Weho, LLC and BA2, LLC (collectively "Defendants") and Plaintiff/Counter-Defendant Snap-O-Razzo Hot Dogs, LLC ("SORHD") and Third-Party Defendant Ralph Perrazzo (collectively "Snap Parties"), through respective counsel, hereby submit this Stipulated Request to Extend Defendants' deadline to respond to the Snap Parties' Motion to Dismiss Defendants' counterclaim and third-party claim. This is the first stipulated request to extend time to file a response to the Snap Parties' pending Motion.

The Snap Parties filed their Motion to Dismiss on June 29, 2026.

In light of a brief illness by Defendants' undersigned counsel and the intervening holiday, the Parties agree to an extension of time for Defendants to respond to the Snap Parties Motion to Dismiss.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the deadline for Defendants to respond to the Snap Parties' Motion to Dismiss Defendants' Counterclaim and Third-Party Claim shall be extended to July 17, 2026.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

2

The Parties further state that this stipulation is submitted for good cause, and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 9th day of July, 2026.

**WILEY PETERSEN**

/s/ Jonathan D. Blum
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

*Attorneys for Plaintiff/Counter-Defendant*
*Snap-O-Razzo Hot Dogs, LLC and*
*Third-Party Defendant Ralph Perrazzo*

DATED this 9th day of July, 2026.

**CHRISTIAN, JOHNSON,**
**SLUGA & MUSHMECHE, LLC**

/s/ Stephen M. Dichter
STEPHEN M. DICHTER, Esq.
Nevada Bar No.9792
NATHAN R. ANDREWS, Esq.
Nevada Bar No. 16674
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
sdichter@cdslawfirm.com
nandrews@cdslawfirm.com

*Attorneys for Defendants/Counter-*
*Claimants/Third-Party Plaintiffs*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED:   July 10, 2026

CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

3